1  RICHARD E. DONALDSON, ESQ., CHTD.
   RICHARD E. DONALDSON, ESQ.
2  Nevada Bar No. 1095
   2300 W. Sahara Ave., Suite 800
3  Las Vegas, Nevada 89102
   (702) 382-6370
4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| LINDA R. MCCOY, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 2:10-CV-01972-RLH-PAL |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF**

**TIME TO FILE A REPLY TO DEFENDANT'S OPPOSITION**

**TO PLAINTIFF'S MOTION FOR REVERSAL**

**(First Request)**

Plaintiff, LINDA R. MCCOY by and through her attorney of record, RICHARD E. DONALDSON, ESQ., respectfully requests an extension of time of an additional thirty (30) days, to and including, Saturday, July 23, 2011, in which to file a Motion for Reversal and/or Remand.

This request is necessary so that the Plaintiff can finish the writing of the Reply, which has taken much longer than anticipated. At the present time, Plaintiff's deadline to file the Reply is Thursday, June 23, 2011, and counsel has been unable to finish the Reply before the close of Court's business today. This request is being filed as a Motion as the

1

1  undersigned counsel contacted Carlos A. Gonzalez, Assistant United States Attorney and
2  counsel of record for the Defendant, and Mr. Gonzalez does not oppose this Motion.
3  This is the first request for an extension of time to file a Reply.
4  DATED this 21st day of June, 2011.
5  Respectfully submitted,
6  RICHARD E. DONALDSON, ESQ., CHTD.

By: *Richard E. Donaldson,*
RICHARD E. DONALDSON, ESQ.
Nevada Bar No. 1095
2300 W. Sahara Ave., Suite 800
Las Vegas, Nevada 89102
(702) 382-6370
Attorney for Plaintiff

IT IS SO ORDERED:

_____
UNITED STATES JUDGE

DATED: July 6, 2011

2