# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LINDA MCCOY, | |
| Plaintiff(s), | 2:10-CV-1972-RLH-PAL |
| vs. | **O R D E R** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant(s). | |

Before this Court is the Report of Findings and Recommendation of United States Magistrate Judge (#18, filed September 22, 2011), entered by the Honorable Peggy A. Leen, regarding Plaintiff's Motion for Reversal (#11). No objection was filed to Magistrate Judge Leen's Report of Findings and Recommendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada, and the matter was submitted for consideration.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report of Findings and Recommendation of Magistrate Judge Leen should be accepted and adopted.

IT IS THEREFORE ORDERED that Magistrate Judge Leen's Report of Findings and Recommendation (#18) is ACCEPTED and ADOPTED, Plaintiff's Motion for Reversal (#11) is denied and the case is dismissed.

Dated: October 19, 2011.

_____
ROGER L. HUNT
U.S. District Judge